**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

ELLIOTT HOGAN (#106177)

VERSUS

WARDEN HOWARD PRINCE, ET AL.

CIVIL ACTION

NO. 14-138-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 2, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's claims asserted against Defendant, Howard Prince, be dismissed for failure of the Plaintiff to serve this Defendant within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the *Motions to Dismiss*[3] of the remaining Defendants are granted in part, dismissing all of the Plaintiff's claims asserted against Defendant, James LeBlanc, with prejudice; and dismissing the Plaintiff's claims asserted against the remaining Defendants except the Plaintiff's claim that the Defendants, in their individual capacities, violated the Plaintiff's federal

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 34.
[3] Rec. Docs. 15 and 32.

constitutional rights by subjecting him to unconstitutional conditions of confinement through exposure to excessive heat in an enclosed isolation cell in July of 2013, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on <u>July 27, 2015</u>.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**JUDGE SHELLY D. DICK**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**