# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELLIOTT HOGAN (#106177)

VERSUS

HOWARD PRINCE, ET AL.

CIVIL ACTION

14-138-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 17, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation*[2] of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[3] shall be granted, dismissing the Plaintiff's claims asserted against the Defendants, with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 28 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 59.
[3] Rec. Doc. 51.